387 A.2d 125

Vandegrift, Appellant, v. Knights Road Industrial
Park, Inc., et al.

Argued December 8, 1977.   Julius E. Fioravanti, with him
Thomas J. Corrigan, Jr., for appellant;  John W. Stahl, with
him Peter A. Glascott, for appellees.

Order affirmed.

387 A.2d 125

Virginia Do-Nuts, Inc., Appellant, v. Da Mar Auto
Radio, Inc.

Argued December 13,
1977.   Paul M. Lewis, with him Sarner, Borofsky & Stein,
for appellant;  Percy H. Sand, with him Sand, Gibbs, Marcu
& Smilk, for appellee.

Order affirmed.